UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCUS BODIE,

    Plaintiff,

v.                                          CASE NO. 8:18-cv-986-T-23CPT

SEVEN-ONE-SEVEN PARKING
SERVICES, INC.,

    Defendant.
_____/

**ORDER**

Marcus Bodie and fourteen opt-in plaintiffs sue (Doc. 50) Seven-One-Seven under the Fair Labor Standards Act.* The parties, including the opt-in plaintiffs, move (Doc. 51) for approval of a settlement agreement. *See Lynn's Foods Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). The settlement is "fair and reasonable" and the parties negotiated the attorney's fee separately from the plaintiffs' recoveries. The motion (Doc. 51) to approve the settlement is **GRANTED**, the settlement (Doc. 51-1) is **APPROVED**, and this action is

---

    * The opt-in plaintiffs are Jeser Alejo (Doc. 47-1), James Allen (Doc. 47-2), Emanuel Cochran (Doc. 22), Dylan Dyer (Doc. 47-3), Mary Hoffmeister (Doc. 47-4), Breon Jennings (Doc. 9), Christopher Jones (Doc. 21), Jeffrey Miles (Doc. 47-5), Edwin Ramos (Doc. 47-6), Kelly Reilly (Doc. 47-7), Nicholas Shave (Doc. 47-8), Arjay Smith (Doc. 8), Johnnie Stewart (Doc. 10), and Matthew Walton (Doc. 12).

- 2 -

**DISMISSED WITH PREJUDICE**.  The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on October 4, 2018.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE